UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL SCHOENECKER, on behalf of
himself and those similarly situated

      **Plaintiff,**

V.                                                      Case No: 2:12-CV-137-FtM-29SPC

ISLAND BIKE SHOP, INC.,
SCOTTERVILLE, INC. and
MATTHEW E. WALTHOUR,

      **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Plaintiff, Paul Schoenecker's Notice of Settlement (Doc. #24) filed on July 18, 2012. The Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable settlement of a bona fide dispute" over FLSA issues. <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court directs the parties to submit the settlement information for review in a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

The Plaintiff is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2